**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PATRICK MCCANN, JACK C.
HOLLINGSWORTH, STEVIE
CAUDELL, ERROL ATKINSON,
ROSE SMITH, KEVIN R. MORTLEY,
RICHARD RESINA, HAROLD
HENDERSON, ANTHONY
MCCASTLER, GREGORY BRYANT
and ANTHONY CARENZA,

    Plaintiffs,

v.    Case No: 8:14-cv-815-T-30AEP

OCWEN LOAN SERVICES, LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Receiver's Third Report Concerning the Hoffman Law Group (Dkt. #10). The Court has reviewed the Receiver's reports as well as the copy of the letter sent to the Plaintiffs. The Court also notes that the docket does not reflect service of process on the Defendant within the time allowed.

The Court will continue this case through **December 19, 2014**. By that date, the Plaintiffs must advise the Court by sending a notice to the Clerk of Court at 801 North Florida Ave., Tampa, FL 33602 stating whether they intend to pursue this lawsuit, and if so whether they plan to represent themselves or hire a different attorney.

The Court will determine how best to proceed once the Plaintiffs respond. If Plaintiffs fail to respond at all by December 19, 2014, the Court will assume they no longer

wish to pursue this lawsuit and the case will likely be dismissed without prejudice and without further notice. The Clerk of Court is directed to send a copy of this Motion and future orders to the Plaintiffs at the addresses indicated at Dkt. #10.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of December, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2014\14-cv-815 order.docx