**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

PATRICK MCCANN, JACK C.
HOLLINGSWORTH, STEVIE
CAUDELL, ERROL ATKINSON,
ROSE SMITH, KEVIN R. MORTLEY,
RICHARD RESINA, HAROLD
HENDERSON, ANTHONY
MCCASTLER, GREGORY BRYANT
and ANTHONY CARENZA,

    Plaintiffs,

v.                                          Case No: 8:14-cv-815-T-30AEP

OCWEN LOAN SERVICES, LLC,

    Defendant.

## ORDER

    THIS CAUSE comes before the Court upon the Plaintiff Jack C. Hollingsworth's Motion to Extend Time (Dkt. #12), Plaintiff Harold Henderson's Notice to the Court (Dkt. #13), Plaintiff Errol Atkinson's Motion to Stay (Dkt. #15).  This Court entered an Order, Dkt. # 11, requiring the Plaintiffs to inform the Court of their intention to retain new counsel to prosecute this case in light of the Preliminary Injunction against the law firm of the counsel of record, The Hoffman Law Group, in the case styled *Consumer Financial Protection Bureau, et al. v. Michael Harper, et al.*, case no. 14-CV-80931, United States District Court, Southern District of Florida. Plaintiff Jack C. Hollingsworth filed a timely Motion requesting additional time to retain new counsel and explaining his current efforts

to retain counsel. Plaintiff Harold Henderson also filed a notice, through counsel, indicating that he intends to pursue this lawsuit. Henderson's counsel indicated that the notice would not serve as an appearance in this matter. Plaintiff Errol Atkinson indicated that he intends to represent himself, but would like the Court to extend the stay.

Upon review and consideration, it is therefore **ORDERED AND ADJUDGED** that the Plaintiff Jack C. Hollingsworth's Motion to Extend Time (Dkt. #12) and Plaintiff Errol Atkinson's Motion to Stay (Dkt. #15) are GRANTED. The stay of this action is extended until February 19, 2015, to permit Plaintiffs additional time to seek new counsel. Plaintiffs shall file a report or alternatively, direct their new counsel to file an appearance, on or before February 19, 2015. Failure to do so may result in the Court dismissing the case without prejudice and without further notice to the Plaintiffs.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of December, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-815 m extend time 12.docx